FILED
2006 Feb-02  AM 09:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
**MIDDLE DIVISION**

| | |
|---|---|
| JAMES KENNETH ATCHLEY, SR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:05-CV-686-RDP |
| | ) |
| WARDEN BILLY MITCHEM; | ) |
| ATTORNEY GENERAL FOR THE STATE | ) |
| OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

On December 15, 2005 the magistrate judge's findings and recommendation were entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. On December 27, 2005, Petitioner's motion for extension of time until January 30, 2006 to file objections was granted. On January 30, 2006 Petitioner filed objections to the magistrate judge's findings and recommendation.

After careful consideration of the record in this case, the magistrate judge's findings and recommendation, and Petitioner's objections thereto, the court hereby **ADOPTS** the findings of the magistrate judge. The court further **ACCEPTS** the recommendation of the magistrate judge and it is, therefore, **ORDERED**, **ADJUDGED AND DECREED** that Petitioner's objections are **OVERRULED** and the petition for writ of habeas corpus in this action be and the same hereby is **DISMISSED**.

**DONE** and **ORDERED** this      1st      day of February, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE